PROB 12B
(7/93)

Report Date: May 2, 2008

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 02 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ryan A Steele                     Case Number: 2:07CR00081-007

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 9/18/2007                Type of Supervision: Supervised Release

Original Offense: Uttering Counterfeit Securities of the United States and Private Entities, 18 U.S.C. § 513(a)        Date Supervision Commenced: 10/12/2007

Original Sentence: Prison - 5 Months; TSR - 36 Months       Date Supervision Expires: 10/11/2010

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

27  You shall participate in the home confinement program until your charges in Lincoln County, Washington, are resolved. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

## CAUSE

Ryan Steele has pending charges in Lincoln County District Court for Domestic Violence/Assault 4th degree. By imposing the above condition it will minimize the offender's risk to community. It will also allow the defendant to maintain his employment and continue with counseling while the charges are pending. Upon resolution of the pending charges the Court will be notified, and additional action may be requested.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   5/2/08

Richard B. Law
U.S. Probation Officer

Prob 12B
**Re: Steele, Ryan A**
**May 2, 2008**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

_May 2, 2008_
Date