PROB 12B
(7/93)

Report Date: February 19, 2009

# United States District Court

for the

Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

**FEB 2 4 2009**

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ryan A. Steele                     Case Number: 2:07CR00081-007

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 09/18/2007                Type of Supervision: Supervised Release

Original Offense: Uttering Counterfeit Securities of the United States and Private Entities, 18 U.S.C. § 513(a)

Date Supervision Commenced: 10/12/2007

Original Sentence: Prison - 5 Months;
TSR - 36 Months

Date Supervision Expires: 10/11/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

29    You shall participate in the home confinement program for 180 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

## CAUSE

As the Court may recall, a violation report has been submitted and a hearing is currently scheduled for March 4, 2009, at 10 a.m. to address allegations that the defendant was found to be in possession of a scale used to weigh marijuana and was observed consuming alcohol. Mr. Steele has since discussed the matter more with his counselors and attorney, and has agreed to the above modification of conditions to address his noncompliance. Additionally, he has begun substance abuse counseling. Should Your Honor concur with this action and sign the attached petition modifying the conditions as noted above, it would further be requested that the hearing scheduled for March 4, 2009, be cancelled.

Prob 12B
Re: Steele, Ryan A
February 19, 2009
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/19/09

Richard B. Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Fred Van Sickle

Signature of Judicial Officer

February 23, 2009
Date

PROB 49
(3/89)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 24 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# United States District Court

### Eastern District of Washington

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

29    You shall participate in the home confinement program for 180 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

Witness: _____  Signed: _____
           Richard B. Law                          Ryan A Steele
        U.S. Probation Officer             Probationer or Supervised Releasee

February 19, 2009
Date