PROB 12B
(7/93)

Report Date: June 25, 2010

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 3 0 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Ryan A Steele                  Case Number: 2:07CR00081-007

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 09/18/2007            Type of Supervision: Supervised Release

Original Offense: Uttering Counterfeit Securities of the United States and Private Entities, 18 U.S.C. § 513(a)

Date Supervision Commenced: 10/12/2007

Original Sentence: Prison - 5 months;
TSR - 36 months

Date Supervision Expires: 10/11/2010

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

30      You shall reside in a residential reentry center (RRC) until October 11, 2010. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

On June 25, 2010, Ryan Steele, was arrested for the offense of city assault/domestic violence. The undersigned officer spoke with Mr. Steele's wife who advised that he came home intoxicated the morning of June 25, 2010, and assaulted her. She further reported that he is no longer welcome at their residence. Following this report, Mr. Steele, was contacted by the undersigned officer in the Spokane County Jail, at which time he admitted to drinking alcohol the previous night, but denied assaulting his wife. The matter is pending in Spokane Municipal Court, and due to the age of this incident that took place hours before this officer learning of the incident, the police report was not yet available at the time of this report.

Given the fact that Mr. Steele no longer has a residence to reside at while this matter is pending, he has agreed to the above noted modification as evidenced by his signature on the attached waiver of hearing to modify conditions of supervision. This will also serve as a sanction for the defendant's conduct that lead to his arrest on this date. Should additional information surface that would cause additional concerns, The Court will be notified.

Prob 12B
**Re: Steele, Ryan A**
**June 25, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 25, 2010

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*

Signature of Judicial Officer

June 30, 2010

Date